UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>SIMON LESLEY HANNES,<br><br>                  Defendant. | CASE NO. MJ25-410<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was arrested on a warrant issued by the District of Oregon. He did not contest temporary detention and requested the issue of detention be formally reserved to his home district.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1   (2) Defendant shall be afforded reasonable opportunity for private consultation with
2   counsel;
3   (3) On order of a court of the United States or on request of an attorney for the
4   Government, the person in charge of the correctional facility in which Defendant is confined
5   shall deliver the defendant to a United States Marshal for the purpose of an appearance in
6   connection with a court proceeding; and
7   (4) The Clerk shall provide copies of this order to all counsel, the United States
8   Marshal, and to the United States Probation and Pretrial Services Officer.
9   DATED this 11th day of July, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2